IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

FRANK DILLARD, JR., )
)
Plaintiff, )
)
v. ) Case No. CIV-15-1249-M
)
BILL WELCH, et al., )
)
Defendants. )

## ORDER

On November 18, 2015, United States Magistrate Judge Gary M. Purcell issued a Report and Recommendation in this action brought pursuant to 42 U.S.C. § 1983, alleging the invalidity of one or more suspended sentences entered against plaintiff in the District Court of Latimer County, Oklahoma, and the order of the District Court of Latimer County revoking his suspended sentences. The Magistrate Judge recommended that this action be dismissed without prejudice for lack of venue. Plaintiff was advised of his right to file an objection to the Report and Recommendation by December 8, 2015. A review of the file reveals no objection to the Report and Recommendation has been filed.

Accordingly, upon de novo review, the Court

(1) ADOPTS the Report and Recommendation [docket no. 5] issued by the Magistrate Judge on November 18, 2015; and

(2) DISMISSES plaintiff's Complaint [docket no. 1] without prejudice for lack of venue.

**IT IS SO ORDERED this 23rd day of December, 2015.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE